IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON M. MARCHALAR,

    Petitioner,               No. CIV S-11-3050 JAM CKD P

    vs.

M.D. BITER,                         ORDER AND

    Respondent.             FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner presents three "arguments" in his petition. In "Argument I" petitioner asserts his sentence violates rights arising under the Sixth and Fourteenth Amendments. Since petitioner may be entitled to relief on this claim, respondent will be directed to file a response.

        In "Argument II," petitioner challenges the disposition of prison disciplinary proceedings occurring in 2009. However, petitioner cannot challenge both the imposition of his

1

sentence and prison disciplinary proceedings in the same habeas petition. See Rule 2(e), Rules Governing Section 2254 Cases (habeas petitioner may challenge judgment of only one state court per habeas petition); Crane v. McDonald, No. CIV-S-09-1511 DAD P, 2010 WL 3633616, at *3 (E.D. Cal., Nov. 18, 2010) (habeas petitioner may not challenge two parole proceedings in same action); Melchhionne v. Tilton, No. 1:08-cv-00116 OWW DLB HC, 2008 WL 608385, at *2 (E.D. Cal. March 4, 2008) (habeas petitioner must file three different actions to challenge prison disciplinary proceedings, denial of parole and conviction). Furthermore, since petitioner is housed at Kern Valley State Prison, which lies within the area covered by the Fresno Division of this court, petitioner should bring his disciplinary challenge there. When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). For these reasons, the court will recommend that "Argument II" be dismissed without prejudice to refiling in the Fresno Division.

As for "Argument III," petitioner fails to state an actual claim. Petitioner simply asserts that 28 U.S.C. § 2254(d) should not act as a bar to either "Argument I" or "Argument II."

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted.

2. Respondent is directed to file a response to "Argument I" in petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in that claim. See Rule 5, Fed. R. Governing § 2254 Cases.

3. If the response to "Argument I" is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

4. If the response to "Argument I" is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after

/////

service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

      5. The Clerk of the Court shall serve a copy of this order, the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

      IT IS HEREBY RECOMMENDED that "Argument II" in petitioner's application for writ of habeas corpus be dismissed without prejudice to refiling in the Fresno division of this court.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
marc3050.1

3