1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAMON M. MARCHALAR,

11              Petitioner,                    No. CIV S-11-3050 JAM CKD P

12        vs.

13   M.D. BITER,                               <u>ORDER AND</u>

14              Respondent.                    <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.

19              Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22              Petitioner presents three "arguments" in his petition.  In "Argument I" petitioner

23   asserts his sentence violates rights arising under the Sixth and Fourteenth Amendments.  Since

24   petitioner may be entitled to relief on this claim, respondent will be directed to file a response.

25              In "Argument II," petitioner challenges the disposition of prison disciplinary

26   proceedings occurring in 2009.  However, petitioner cannot challenge both the imposition of his

1

1 | sentence and prison disciplinary proceedings in the same habeas petition.  See Rule 2(e), Rules

2 | Governing Section 2254 Cases (habeas petitioner may challenge judgment of only one state court

3 | per habeas petition); Crane v. McDonald, No. CIV-S-09-1511 DAD P, 2010 WL 3633616, at *3

4 | (E.D. Cal., Nov. 18, 2010) (habeas petitioner may not challenge two parole proceedings in same

5 | action); Melchhionne v. Tilton, No. 1:08-cv-00116 OWW DLB HC, 2008 WL 608385, at *2

6 | (E.D. Cal. March 4, 2008) (habeas petitioner must file three different actions to challenge prison

7 | disciplinary proceedings, denial of parole and conviction).  Furthermore, since petitioner is

8 | housed at Kern Valley State Prison, which lies within the area covered by the Fresno Division of

9 | this court, petitioner should bring his disciplinary challenge there.  When a prisoner challenges

10 | the execution of his sentence, the preferable venue is the court with jurisdiction over the place

11 | where the prisoner is confined.  See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  For

12 | these reasons, the court will recommend that "Argument II" be dismissed without prejudice to

13 | refiling in the Fresno Division.

14 | As for "Argument III," petitioner fails to state an actual claim.  Petitioner simply

15 | asserts that 28 U.S.C. § 2254(d) should not act as a bar to either "Argument I" or "Argument II."

16 | In accordance with the above, IT IS HEREBY ORDERED that:

17 | 1.  Petitioner's motion to proceed in forma pauperis is granted.

18 | 2.  Respondent is directed to file a response to "Argument I" in petitioner's habeas

19 | petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

20 | Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

21 | issues presented in that claim.  See Rule 5, Fed. R. Governing § 2254 Cases.

22 | 3.  If the response to "Argument I" is an answer, petitioner's reply, if any, shall be

23 | filed and served within thirty days after service of the answer.

24 | 4.  If the response to "Argument I" is a motion, petitioner's opposition or

25 | statement of non-opposition to the motion shall be filed and served within thirty days after

26 | /////

1  service of the motion, and respondent's reply, if any, shall be filed and served within fourteen

2  days thereafter.

3       5.  The Clerk of the Court shall serve a copy of this order, the

4  consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and

5  a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick

6  Farrell, Senior Assistant Attorney General.

7       IT IS HEREBY RECOMMENDED that "Argument II" in petitioner's application

8  for writ of habeas corpus be dismissed without prejudice to refiling in the Fresno division of this

9  court.

10      These findings and recommendations are submitted to the United States District

11  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

12  one days after being served with these findings and recommendations, petitioner may file written

13  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

14  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

15  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

16  F.2d 1153 (9th Cir. 1991).

17   Dated: March 22, 2012

18                                    _____
                                      CAROLYN K. DELANEY
19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22  1
    marc3050.1
23

24

25

26

3