IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON M. MARCHALAR,

    Petitioner,               No. CIV S-11-3050 JAM CKD P

    vs.

M.D. BITER,

    Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 23, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 23, 2012, are adopted in full;

2. "Argument II" in petitioner's application for writ of habeas corpus is dismissed without prejudice to refiling in the Fresno division of this court.

DATED: June 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE