1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAMON M. MARCHALAR,

11             Petitioner,                No. CIV S-11-3050 JAM CKD P

12        vs.

13   M.D. BITER,

14             Respondent.               <u>ORDER</u>

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19             On March 23, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.  Neither

22   party has filed objections to the findings and recommendations.

23             The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1.  The findings and recommendations filed March 23, 2012, are adopted in full;

2.  "Argument II" in petitioner's application for writ of habeas corpus is dismissed without prejudice to refiling in the Fresno division of this court.

DATED:   June 14, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE