1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAMON M. MARCHALAR,

11          Petitioner,                    No. 2:11-cv-3050 JAM CKD P

12      vs.

13   M.D. BITER,

14          Respondent.              ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On May 22, 2012, respondent filed a motion to

18   dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS

19   HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to

20   dismiss within thirty days or a statement of non-opposition.  Failure to comply with this order

21   will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal

22   Rules of Civil Procedure.

23    Dated: June 26, 2012

24                                    _____

25                                    CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

26

1/marc3050.146